IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALVIN ADDISON,

Plaintiff,

v.

CITY OF MOUNT CARMEL, ILLINOIS,

Defendant.

Case No. 19-cv-1252 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/16/2023**          MONICA A. STUMP, Clerk of Court

                              **s/Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**